UNITED STATES, Appellee

v

HARVEY E. JONES, Chief Storekeeper (Acting),
U. S. Navy, Appellant

16 USCMA 248, 36 CMR 404

No. 19,323

April 29, 1966

 

*Fred W. Shields, Esquire,* and *Captain L. G. Bohlen,* USMC, were on the pleadings for Appellant, Accused.

*Colonel J. E. Hanthorn,* USMC, was on the pleadings for Appellee, United States.

## Opinion of the Court

QUINN, Chief Judge:

The issue presented by this appeal is the same as that in United States v Surtasky, 16 USCMA 241, 36 CMR 397. On our opinion therein, the decision of the board of review is affirmed.

Judges FERGUSON and KILDAY concur.